**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

July 15, 2015

Hon. John Lamerson
Lamerson Law Firm
P.O. Box 241
Corpus Christi, TX 78403
\* DELIVERED VIA E-MAIL \*

Hon. Michael E. Welborn
District Attorney
P. O. Box 1393
Sinton, Tx 78387-1393
\* DELIVERED VIA E-MAIL \*

Hon. Jacqueline E. Lamerson
The Lamerson Law Firm
PO Box 241
Corpus Christi, TX 78403
\* DELIVERED VIA E-MAIL \*

Re:      Cause No. 13-15-00100-CR
Tr.Ct.No.  A-14-5190-CR
Style:    Christopher Kenneth  Mundine v. The State Of Texas

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Thursday, August 27, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch